## 50747. BREWER v. THOMPSON.

WEBB, Judge.

Appellee concedes that the instant judgment of dismissal must be reversed under the authority of *Allstate Ins. Co. v. Dobbs,* 134 Ga. App. 225 (213 SE2d 915) and cits., which held that an action could be refiled within six months after an automatic dismissal under Code Ann. § 81A-141(e). Accord, *City of Chamblee v. Village of North Atlanta,* 217 Ga. 517, 522 (3) (123 SE2d 663); *Harris v. U. S. F. & G. Co.,* 134 Ga. App. 739. See also *Bowman v. Ware,* 133 Ga. App. 799 (213 SE2d 58); *Moore v. Tootle,*

134 Ga. App. 232 (214 SE2d 184).
*Judgment reversed. Bell, C. J., and Marshall, J., concur.*

SUBMITTED JUNE 2, 1975 — DECIDED JUNE 11, 1975.

*Grace W. Thomas,* for appellant.
*T. M. Smith, Jr., Hunter S. Allen, Jr.,* for appellee.